# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DONALD OWSLEY, Register No. 122118, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04-4132-CV-C-NKL ) |
| JILL McGUIRE, Superintendent of Tipton Correctional Center, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

On July 26, 2005, the United States Magistrate Judge recommended that defendants' motion to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss for failure to exhaust administrative remedies is denied [13].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 19, 2005
Jefferson City, Missouri